# Court of Appeals
# of the State of Georgia

ATLANTA,    May 24, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1698. IN RE: ESTATE OF: LOUISE RAY BURKHALTER.**

After the death of Louis Ray Burkhalter, two of the beneficiaries of her estate sought permission to file a petition for declaratory judgment. The trial court granted the beneficiaries requests to file a petition for declaratory judgment, but refused to interpret Burkhalter's will. The executors appeal.

Our State Constitution grants the Georgia Supreme Court jurisdiction over appeals in "[a]ll cases involving wills." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (3). "The Georgia Supreme Court has interpreted this language to mean only those cases where the validity or construction of a will is the main issue on appeal." *In re Estate of Farkas*, 325 Ga. App. 477, 478 (1) (753 SE2d 137) (2013). Because the resolution of this case may require an evaluation of the meaning of Burkhalter's will, it appears that jurisdiction may lie in the Supreme Court. As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this appeal is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    05/24/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*